PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

**IN RE:**                                                                 **CASE NO.: 25-41716-ELM-13**

**IDI NGENDAKUMANA**
5101 BRISTLECONE CT
ARLINGTON, TX 76018
SSN/TIN: XXX-XX-5027

**DEBTOR**                                        **HEARING: MARCH  5, 2026 AT 8:30 AM**

## TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on the date and time above in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 -3643 with a hearing following docket call.

**Attend by WebEx Video**:

Link: https://us−courts.webex.com/meet/morris

**Attend by WebEx Telephone**:

Dial In: 1.650.479.3207
Meeting ID: 2309-445-3213

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the Notice of Hearing and Trustee's Recommendation Concerning Claims and Plan Modification if Required was served on or before the date of filing.  Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:    /s/ Ethan S. Cartwright
Ethan S. Cartwright

DEBTOR:    Idi Ngendakumana,  5101 Bristlecone Ct,  Arlington,  TX  76018
ATTORNEY:    NORRED LAW PLLC,  515 E BORDER ST,  ARLINGTON,  TX  76010

CREDITORS:

ARLINGTON FEDERAL CU,  909 W SANFORD,  ARLINGTON, TX  76012

ATTORNEY GENERAL OF TEXAS,  COLLECTIONS DIV/BANKRUPTCY SEC,  PO BOX 12548,  AUSTIN, TX  78711

BANK OF AMERICA,  PO BOX 982238,  EL PASO, TX  79998

Bank of America,  PO Box 672050,  Dallas, TX  75267

BANK OF AMERICA,  PO BOX 673033,  DALLAS, TX  75267-0000

BANK OF AMERICA,  PO BOX 15102,  WILMINGTON, DE  19886

Brackett AND Ellis,  100 Main St,  Fort Worth, TX  76102

CAPITAL ONE,  PO BOX 30285,  SALT LAKE CITY, UT  84130

Capital One, N.A., successor by merger to Discover,  PO Box 3025,  NEW ALBANY, OH  43054

CHASE BANK USA NA,  PO BOX 15145,  WILMINGTON, DE  19850

CHASE BANK USA NA C/O JP MORGAN CHASE BANK,  PO BOX 15368,  WILMINGTON, DE  19850-0000

Cheri L Ngendakumana,  5101 Bristlecone Ct,  Arlington, TX  76018

Citicards CBNA,  5800 South Corporate Place,  Mail Code 234,  Sioux Falls, SD  57108

DEPT OF JUSTICE - TAX DIVISION,  717 N HARWOOD STE 400,  DALLAS, TX  75201-0000

Discover Bank,  Discover Products Inc,  PO Box 3025,  New Albany, OH  43054

DISCOVER PERSONAL LOANS,  PO BOX 30954,  SALT LAKE CITY, UT  84130-0000

DISCOVER PERSONAL LOANS,  PO BOX 6105,  CAROL STREAM, IL  60197-0000

Financial Pacific Leasing,  3455 S 344th Way Ste 300,  Federal Way, WA  98001

I D I,  5101 Bristlecone Ct,  Arlington, TX  76018

INTERNAL REVENUE SERVICE,  PO BOX 7346,  PHILADELPHIA, PA  19101

LAKEVIEW LOAN SVCING,  M&T BANK,  PO BOX 1288,  BUFFALO, NY  14240-0000

LENDING CLUB CORP,  595 MARKET ST,  STE 200,  ***BAD ADDRESS***,  SAN FRANCISCO, CA  94105-0000***

LENDINGCLUB BANK,  PO BOX 884268,  LOS ANGELES, CA  90088

LGBS,  100 Throckmorton St # 300,  Fort Worth, TX  76102

LGBS Dallas,  2777 N Stemmons Fwy Suite 1000,  ***BAD ADDRESS***,  Dallas, TX  75207***

LINEBARGER GOGGAN BLAIR AND SAMPSON,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

LVNV FUNDING LLC,  RESURGENT CAPITAL SERVICES,  PO BOX 10587,  GREENVILLE, SC  29603

M AND T BANK,  PO BOX 840,  BUFFALO, NY  14240-0000

M AND T BANK,  LEGAL DOCUMENT PROCESSING,  626 COMMERCE DRIVE,  AMHERST, NY  14228

NEBRASKA FURNITURE MART,  ATTN LEGAL DEPT,  PO BOX 3000,  OMAHA, NE  68103

PADFIELD & STOUT LLP,  100 Throckmorton St Ste 700,  Fort Worth, TX  76102-0000

PERDUE BRACKETT FLORES UTT & BURNS, JV,  C/O PBFC&M, LLP,  500 E BORDER ST STE 640,  ARLINGTON, TX  76010-0000

PORTFOLIO RECOVERY ASSOCIATES LLC,  PO BOX 41067,  NORFOLK, VA  23541

PRA RECEIVABLES MGMT, LLC,  PO BOX 12914,  NORFOLK, VA  23541-0000

RICK D BARNES TARRANT COUNTY TAX COLLECTOR,  DELINQUENT TAX DEPARTMENT,  3500 Maple Ave Ste 800,  DALLAS, TX  75219-0000

CREDITORS:      (cont'd.)

RICK D BARNES TARRANT COUNTY TAX OFFICE,  100 E WEATHERFORD STREET,  FORT WORTH, TX  76196

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC,  6409 CONGRESS AVE STE 100,  BOCA RATON, FL  33487-0000

Shell Energy Solutions,  PO Box 733546,  Dallas, TX  75373

SOLAR CITY CORPORATION,  3055 CLEARVIEW WAY,  ***BAD ADDRESS***,  SAN MATEO, CA  94402-0000***

Tesla,  Energy Billing Department,  PO Box 3500,  Draper, UT  84020

Texas Alcoholic Beverage Commission Taxing A,  5806 Mesa Dr,  Austin, TX  78731

TEXAS COMPTROLLER PUBLIC ACCTS,  REVENUE ACCOUNTING DIV/BANKRUP,  PO BOX 13528,  AUSTIN, TX  78711

TEXAS WORKFORCE COMMISSION,  101 E 15TH ST, RM 556,  AUSTIN, TX  78778-0000

URS MIDWEST INC,  10701 MIDDLEBELT RD,  ROMULUS, MI  48174-0000

US BANK,  PO BOX 5229,  CINCINNATI, OH  45201

US Department of Housing and Urban Develop,  307 W 7th St Suite 1000,  Fort Worth, TX  76102

US Department of Housing and Urban Develop,  307 W 7th S t Suite 1000,  Fort Worth, TX  76102-0000

US DEPARTMENT OF JUSTICE,  10TH & CONSTITUTION NW,  WASHINGTON, DC  20530-0000

US DEPT OF HUD,  2000 N CLASSEN BLVD STE 3200,  OKLAHOMA CITY, OK  73106-0000

US Small Business Administration,  409 3rd St SW,  Washington, DC  20416

***Address on record invalid for recipient -- no document mailed to this party.

TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:

**IDI NGENDAKUMANA**

    5101 BRISTLECONE CT
    ARLINGTON, TX 76018
    SSN/TIN: XXX-XX-5027

**DEBTOR**

CASE NO.: **25-41716-ELM-13**

HEARING: MARCH 5, 2026 AT 8:30 AM

### TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS AND PLAN MODIFICATION (IF REQUIRED)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 30 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

The Trustee files the following Recommendation Concerning Claims and Plan Modification (If Required) and would show the Court the following:

### I. TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS NOT FILED

The following creditors were scheduled by the Debtor. No Proof of Claim has been filed by them or on their behalf as required by Bankruptcy Rule 3002(a). The bar date for filing claims pursuant to Bankruptcy Rule 3002(c) has passed. **Therefore, these creditors will not receive disbursements from the Trustee:**

| T'EE # | CREDITOR'S NAME | SCHED CLASS | SCHED AMOUNT |
|---|---|---|---|
| 4 | ARLINGTON FEDERAL CU | UNSECURED | $0.00 |
| 14 | NEBRASKA FURNITURE MART | UNSECURED | $0.00 |
| 16 | SHELL ENERGY SOLUTIONS | UNSECURED | $0.00 |
| 2 | SOLAR CITY CORPORATION | SECURED | $0.00 |
| 17 | TESLA | UNSECURED | $0.00 |
| 18 | US BANK | UNSECURED | $0.00 |
| 15 | US SMALL BUSINESS ADMINISTRATION | UNSECURED | $30,000.00 |

## II.  TRUSTEE'S RECOMMENDATIONS CONCERNING FILED CLAIMS

UNLESS AN OBJECTION IS TIMELY FILED AS TO THE AMOUNT OR CLASSIFICATION OF ANY CLAIM LISTED BELOW, THAT CLAIM WILL BE PAID AS DESCRIBED HEREIN AND SUCH AMOUNT AND CLASSIFICATION WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT. ALL ALLOWED SECURED CLAIMS WHICH WERE UNTIMELY FILED WILL BE PAID AS IF TIMELY FILED, PURSUANT TO THE ORDER OF PAYMENT STATED IN THE CHAPTER 13 PLAN, UNLESS THE COURT ORDERS OTHERWISE FOLLOWING A TIMELY OBJECTION TO THIS TRCC. (NOTE: Value of collateral, treatment under the Plan and interest rate were determined at Confirmation.  "Interest Rate" and "Treatment" are shown below for information only.)

| CLAIM# | SECURED CREDITORS | COLLATERAL | CLAIM | INTEREST RATE | TREATMENT |
|---|---|---|---|---|---|
| 5 | FINANCIAL PACIFIC LEASING | 2016 PETERBILT 389 TRACTOR TRAILER, 9CC, WALL MO | $70,000.00 | 8.00% | PER MO-TR |
| 7 | LAKEVIEW LOAN SVCING | 1ST LIEN HOMESTEAD | $87,042.93 | | DIRECT-DR |
| 4 | RICK D BARNES TARRANT COUNTY TAX | HOMESTEAD/25 | $6,877.15 | 0.00% | DIRECT-DR |
| 1 | US DEPT OF HUD | 2ND LIEN HOMESTEAD | $5,524.00 | | DIRECT-DR |
| 7 | LAKEVIEW LOAN SVCING | 1ST LIEN SUPPLEMENTAL/RVW DOCS/POC | $1,225.00 | | DIRECT-DR |

| CLAIM# | UNSECURED | CLAIM | COMMENT |
|---|---|---|---|
| 11 | BANK OF AMERICA | $7,079.23 | CREDIT CARD |
| 8 | BANK OF AMERICA | $11,306.47 | CREDIT CARD |
| 6 | CHASE BANK USA NA C/O JP MORGAN ( | $8,227.85 | |
| 9 | CHASE BANK USA NA C/O JP MORGAN ( | $11,654.08 | CREDIT CARD |
| 10 | LVNV FUNDING LLC | $6,579.74 | CITI |
| 3 | CAPITAL ONE, N.A., SUCCESSOR BY ME | $6,117.80 | CREDIT CARD |
| 2 | DISCOVER PERSONAL LOANS | $24,327.56 | PERSONAL LOAN |
| 12 | PRA RECEIVABLES MGMT, LLC | $30,809.24 | LOAN/LENDING CLUB |
| 5 | FINANCIAL PACIFIC LEASING | $33,069.84 | Split Claim 2016 PETERBILT 389 TRACTOR TRAILER, 9CC, WALL MO |

| T'EE # | EXECUTORY CONTRACTS | COMMENT | CLAIM | TREATMENT |
|---|---|---|---|---|
| 19 | SOLAR CITY CORPORATION | CONTRACT REJECTED | $0.00 | SURRENDER |
| 20 | URS MIDWEST INC | CONTRACT ASSUMED | $0.00 | DIRECT-DR |

## III.  PLAN MODIFICATION

**No Other Modification Needed**

Respectfully submitted,

By:   /s/ Ethan S. Cartwright
      Ethan S. Cartwright, Staff Attorney
      Bar No. 24068273
      PAM BASSEL STANDING CHAPTER 13 TRUSTEE
      Bar No. 01344800
      860 Airport Freeway, Ste 150
      Hurst, TX 76054
      (817) 916-4710 Phone