Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Idi Ngendakumana

# United States Bankruptcy Court

Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Idi Ngendakumana,**<br><br>**Debtor** | **Case No. 25-41716-elm**<br><br>**Chapter 13** |

## DEBTOR'S RESPONSE TO TRUSTEE'S NOTICE OF INTENT TO CERTIFY CASE FOR DISMISSAL

Idi Ngendakumana ("Debtor") timely files this response in opposition to Trustee's *Notice of Intent to Certify Case for Dismissal* ("Notice") [Dkt. No. 73].

1. The Debtor responds to the Trustee's Notice of Intent to Certify for Dismissal and acknowledges that, as stated in the Notice, the pre-existing delinquency totaled $5,374.00.

2. The delinquency resulted from the termination of the Debtor's primary commercial trucking contract on September 10, 2026. On September 25, 2026, the Debtor entered into an agreement with a new commercial carrier, effective September 29, 2026, with payments expected within 14 days after the effective date.

3. The Debtor is actively working to cure the remaining $2,685.00 arrearage by approximately October 15, 2026.

4. Based on these circumstances and the Debtor's good-faith efforts, the Debtor respectfully requests that the Trustee refrain from certifying the case for dismissal and allow the Debtor the opportunity to complete the cure.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that the Court deny dismissal and grant such other and further relief to which the Debtor may be justly entitled.

DATED: Friday, September 25, 2026.

Respectfully submitted:

By:___/s/ Clayton L. Everett_______
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for Idi Ngendakumana

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true and correct copy of the foregoing document was served to all parties receiving notice electronically in this case via the CM/ECF system.

/s/ Clayton L. Everett
Clayton L. Everett