Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for the Debtors

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** Idi Ngendakumana **CASE NO.:** 25-41716-elm13

**Idi Ngendakumana**
5101 Bristlecone Ct
Arlington, Texas 76018
SSN: XXX-XX-5027

**DEBTOR(S)** **HEARING DATE:** December 3, 2026 **TIME:** 8:30 **AM**

**DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION**

***PLAN MODIFICATION* DATE:** 11/02/2026

**DISCLOSURES**

**[_] This *Plan Modification* contains *Nonstandard Provisions* listed in Section IX.**
**[X] This *Plan Modification* does not contain *Nonstandard Provisions* listed in Section IX.**

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE U.S. BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS AT LEAST 21 DAYS FROM THE DATE SERVED. ANY OBJECTION SHALL BE IN WRITING AND FILED WITH THE CLERK. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THIS MODIFICATION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING IT.

UNLESS OTHERWISE SET OUT IN THIS *PLAN MODIFICATION*, ALL PROVISIONS, SCHEDULED AMOUNTS, VALUATIONS, INTEREST RATES, MONTHLY PAYMENT AMOUNTS, AND ASSUMPTIONS OR REJECTIONS OF UNEXPIRED LEASES OR EXECUTORY CONTRACTS ("TERMS") ARE NOT MODIFIED AND SHALL REMAIN AS SET FORTH IN THE CHAPTER 13 *PLAN*, THE ORDER CONFIRMING THE CHAPTER 13 *PLAN*, THE ORDER APPROVING THE *TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS*, OR AN ORDER APPROVING A PRIOR MODIFICATION OF THE CHAPTER 13 *PLAN*, WHICHEVER WAS ENTERED LATER. ALL TERMS SHALL BE INCORPORATED IN AND CONSTITUTE PROVISIONS OF THIS *PLAN MODIFICATION*. ALL PARTIES SHALL BE BOUND BY THE TERMS OF THIS *PLAN MODIFICATION* UNLESS DISAPPROVED. LANGUAGE IN ITALICIZED TYPE IN THIS *PLAN MODIFICATION* IS DEFINED IN GENERAL ORDER 2021-05 STANDING ORDER CONCERNING CHAPTER 13 CASES AND AS IT MAY BE SUPERSEDED OR AMENDED ("GENERAL ORDER"). ALL PROVISIONS OF THE GENERAL ORDER SHALL APPLY TO THIS *PLAN MODIFICATION* AS IF FULLY SET OUT HEREIN.

Pursuant to 11 U.S.C. §1329 *Debtor* requests the following modification(s) to the *Debtor's* Chapter 13 *Plan*.

**I. REASON(S) FOR MODIFICATION**

___X____1. Cure *Plan* arrears to the *Trustee*.
________2. Provide for or modify treatment of a Secured (paragraph V) and/or Priority (paragraph VI) claim.
________3. Provide for payment to the *Mortgage Lender* through the *Conduit Program* (paragraph III).
________4. Cure any post-petition *Mortgage Arrearage* (paragraph IV).
________5. Make *Plan* sufficient based on allowed claims.
________6. Modify the Unsecured Creditors' Pool from $__________to $__________.
________7. Modify the value of non-exempt property from $__________to $__________.
________8. Supersede an Interlocutory Order (Docket #_).
___X____9. Allow Debtor's counsel's fees for this modification (paragraph VII).
________10. Other:

**II. NEW *PLAN PAYMENT* TO *TRUSTEE* AMOUNT AND TERM**

DATE OF CALCULATION: 11/02/2026

TOTAL PAID IN*: $ 38,155.00

NUMBER OF MONTHS SINCE PETITION DATE: 18

*Provide the total amount paid to the *Trustee* as of the Date of Calculation less any refunds by the Trustee to the *Debtor*.

The *Plan Payment(s)* to the *Trustee* shall be changed to:

| Start Date for Payments under Modification** (MM/DD/YY) | Number of Periods | *Plan Payment* Monthly Amount |
|---|---|---|
| 11/11/2026 | 43 | $2,237.00 |
| | | |

NEW *BASE AMOUNT*: $ 134,346.00

***DEBTOR'S* NEW *PLAN PAYMENT* START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION* AND MUST BE THE SAME DAY OF THE MONTH THAT THE *DEBTOR'S PLAN PAYMENT* IS DUE UNDER THE CONFIRMED *PLAN*.

**III. *CURRENT POST-PETITION MORTGAGE PAYMENTS* TO BE DISBURSED BY THE *TRUSTEE***

| *Mortgage Lender* | Current Mortgage Payment Amount | Date to Resume *Current Post-Petition Mortgage Payments** (MM/DD/YY) |
|---|---|---|
| N/A - Direct Pay | | |
| | | |

*IF THE *DEBTOR* DOES NOT INCLUDE A DATE TO RESUME THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* IN A CASE THAT IS A CONDUIT CASE AT THE TIME THIS *PLAN MODIFICATION* IS FILED, THE DATE TO RESUME DISBURSING THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* SHALL BE THE

FIRST DAY OF THE SECOND MONTH FOLLOWING THE START DATE OF THE FIRST *PLAN PAYMENT* UNDER THIS *PLAN MODIFICATION*.

1. *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph III of this *Plan Modification* or as otherwise provided in the General Order.
2. *Current Post-Petition Mortgage Payment* Arrearages due as of the date to resume the *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph IV of this *Plan Modification* or as otherwise provided in the General Order.
3. Any *Current Post-Petition Mortgage Payments* indicated herein reflects what the *Debtor* believes are the periodic payment amounts owed to the *Mortgage Lender*.
4. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order Paragraph 15(c)(3).
5. Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.
6. Upon completion of all *Plan Payments*, *Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.
7. Unless otherwise ordered by the Court, if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post- petition.
8. Each claim secured by the *Debtor's* principal place of residence shall constitute a separate class.
9. *Mortgage Lenders* shall retain their liens.

## IV. PROVIDE FOR ANY POST-PETITION *MORTGAGE ARREARAGE*

| *Mortgage Lender* | Total Amount of Post-Petition *Mortgage Arrearage* | Due Date(s) (MM/DD/YY) | Interest Rate | Treatment ($/Mo or Pro Rata) |
|---|---|---|---|---|
| N/A | | | | |
| | | | | |

The Post-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the first day of the month that an order is entered approving this *Plan Modification*.

ANY CURRENT POST-PETITION *MORTGAGE PAYMENTS* WHICH HAVE BECOME DUE TO THE *MORTGAGE LENDER* AS OF THE TIME OF THE DATE TO RESUME *CURRENT POST-PETITION MORTGAGE PAYMENTS* UNDER THIS *PLAN MODIFICATION* WILL BE CLASSIFIED AS A POST-PETITION *MORTGAGE ARREARAGE*. IF DESIGNATED TO BE PAID PER-MO, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 5 CLAIM UNDER THE ORDER OF PAYMENT. IF DESIGNATED TO BE PAID PRO-RATA, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 6 CLAIM UNDER THE ORDER OF PAYMENT.

## V. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS

| Creditor Name | Claim Amount | Collateral Description | Value of Collateral | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by any *Surrendered Collateral* (Surr), without further order of the court, pursuant to the General Order.

## VI. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS

| Creditor Name | Claim Amount | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|
| N/A | | | |
| | | | |

## VII. *DEBTOR'S COUNSEL'S* FEE FOR THIS MODIFICATION

| Total Amount of Fee | Amount of Fee Paid Direct | Amount of Fee to Be Disbursed by *Trustee* |
|---|---|---|
| $650 | $0 | $650 |

Any additional attorney fee to be disbursed by the *Trustee* will be paid as set out in the Order of Payment.

## VIII. ORDER OF PAYMENT

Unless otherwise ordered by the Court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an Order of Confirmation of the Chapter 13 *Plan*, whether pursuant to this *Plan Modification* or a further modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized. Each numbered paragraph below is a level of payment. All disbursements which are in a specified monthly amount are referred to as "per mo." At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis. Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st – Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees will be paid in full.
2nd – *Current Post-Petition Mortgage Payments* (as adjusted, if necessary, per General Order) which will be paid per mo.
3rd – Secured Creditors designated to be paid per mo and Domestic Support Obligations which will be paid per mo.
4th – Attorney Fees which will be paid pro-rata.
5th – Post-Petition *Mortgage Arrearage* if designated to be paid per mo. 6th – Post-Petition *Mortgage Arrearage* if designated to be paid pro-rata.
7th – Arrearages owed on Executory Contracts and Unexpired Leases which will be paid per mo. 8th – Pre-Petition *Mortgage Arrearage* if designated to be paid per mo.
9th – Pre-Petition *Mortgage Arrearage* and Secured Creditors if designated to be paid pro-rata.
10th – All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges* which will be paid pro-rata. 11th – Priority Creditors Other than Domestic Support Obligations which will be paid pro-rata.
12th – Special Class Creditors which will be paid per mo.
13th – Unsecured Creditors other than late filed or penalty claims which will be paid pro-rata.
14th – Late filed claims by Secured Creditors which will be paid pro-rata unless otherwise ordered by the Court. 15th – Late filed claims for DSO or filed by Priority Creditors which will be paid pro-rata.
16th – Late filed claims by Unsecured Creditors which will be paid pro-rata.
17th – Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims which will be paid pro-rata.

## IX. NONSTANDARD PROVISIONS

Any *Nonstandard Provisions* will be void unless the appropriate box on page one of this *Plan Modification* is checked. The following *Nonstandard Provisions,* if any, constitute terms of this Plan. Any *Nonstandard Provision* placed elsewhere in the *Plan Modification* is void.

Date: November 2, 2026

Respectfully submitted,

By: /s/ Clayton L. Everett
Clayton L. Everett | State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.; Arlington, Texas 76010
Telephone: (817)704-3984
Attorney for the Debtors

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION was served upon the Debtor(s) and the parties listed below by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk on all other parties entitled to electronic notice on the date of filing hereof.

Date Served: November 2, 2026

By: /s/ Clayton L. Everett
Clayton L. Everett

ATTACH MAILING MATRIX

Label Matrix for local noticing
0539-4
Case 25-41716-elm13
Northern District of Texas
Ft. Worth
Mon Nov 2 09:48:28 CST 2026

Financial Pacific Leasing Inc
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102-2837

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Bank Of America
PO Box 982238
El Paso, TX 79998-2238

Bank Of America Consumer Credit Cards
PO Box 672050
Dallas, TX 75267-2050

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Capital One Bank - Consumer Credit Cards
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A., successor by merger to Di
PO Box 3025
New Albany, OH 43054-3025

Chase Bank - Business Card
Po Box 15145
Wilmington, DE 19850-5145

Cheri L Ngendakumana
5101 Bristlecone Ct
Arlington, TX 76018-1450

Citicard Cbna
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108-5027

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Financial Pacific Leasing, Inc.
3455 S 344th Way, #300
Auburn, WA 98001-9546

Financial Pacific Leasing, Inc.
c/o: Owen C. Babcock; Attorney
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

I D I
5101 Bristlecone Ct.
Arlington, TX 76018-1450

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102-2833

LGBS
100 Throckmorton St #300
Fort Worth, TX 76102-2833

LGBS-Dallas
2777 N Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
c/o M&T Bank
PO Box 840
Buffalo, NY 14240-0840

Lending Club
595 Market St #200,
San Francisco, CA 94105-5839

Lending Club
P.O. Box 884268
Los Angeles, CA 90088-4268

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010-7457

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SBA - Small Business Administration
409 3rd St SW
Washington, DC 20416-0002

Shell Energy Solutions
PO Box 733543
Dallas, TX 75373-3543

Solar City Corporation
3055 Clearview Way
San Mateo, CA 94402-3709

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Tax Division-US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Tax Division-US Dept. of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6506

Tesla
Energy Billing Department
PO Box 3500
Draper, UT 84020-3500

Texas Alcoholic Beverage Commission-Taxing A
5806 Mesa Dr.
Austin, TX 78731-3765

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wendy Burgess Tarrant County Tax Assesso
100 E Weatherford
Fort Worth, TX 76196-0206

Wendy Burgess Tarrant County Tax Assessor
100 E Weatherford
Fort Worth, TX 76196-0206

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

Idi Ngendakumana
5101 Bristlecone Ct
Arlington, TX 76018-1450

Pam Bassel (Hurst)
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
P.O. Box 30943
Salt Lake City, UT 84130

(d)Discover Financial
PO Box 30943
Salt Lake City, UT 84130

M&T Bank
One M And T Plaza
Buffalo, NY 14203

Nebraska Furniture Mart Inc
700 S 72nd Street
Omaha, NE 68114

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

U.S. Department of Housing and Urban Develop
307 W. 7th S t., Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

(d)Bank Of America-Consumer Credit Cards
PO Box 672050
Dallas, TX 75267-2050

(d)Capital One Bank-Consumer Credit Cards
PO Box 30285
Salt Lake City, UT 84130-0285

(d)Chase Bank-Business Card
PO Box 15145
Wilmington, DE 19850-5145

(d)Citicard Cbna
5800 South Corporate Place Mail Code 234
Sioux Falls, SD 57108-5027

(d)Discover Personal Loans
Po Box 30954
Salt Lake City,, UT 84130-0954

(d)I D I
5101 Bristlecone ct
Arlington, TX 76018-1450

(d)Sba - Small Business Administration
409 3rd St SW
Washington, DC 20416-0002

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 52 |
| Bypassed recipients | 9 |
| Total | 61 |