Clayton L. Everett | State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

# United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| **In re:**<br>**Idi Ngendakumana,**<br><br>**Debtor.** | **Case No. 25-41716-elm13**<br><br>**Chapter 13**<br><br>**Hearing: December 3, 2026, at 8:30 a.m.** |

## NOTICE OF HEARING ON "DEBTOR'S MODIFICATION OF PLAN AFTER CONFIRMATION" (DKT. 75)

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN RESPONSE IS FILED WITH THE UNITED STATES BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS 21 DAYS FROM THE DATE OF SERVICE. ANY RESPONSE SHALL BE FILED WITH THE CLERK AND SERVED ON THE TRUSTEE. IF A RESPONSE IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE RESPONDING PARTY. IF NO RESPONSE IS TIMELY FILED, THE PLEADING SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF.

An "Objection to Modification" shall be in writing and filed with the Bankruptcy Clerk at the following address:

Clerk
United States Bankruptcy Court
501 W. 10th St. #147
Fort Worth, Texas 76102
with a copy mailed or electronically served on the same day to:

| Trustee: | AND | Debtor or Debtor's Attorney: |
|---|---|---|
| PAM BASSEL<br>Standing Chapter 13 Trustee<br>860 Airport Freeway, Ste 150<br>Hurst, TX 76054 | | Clayton L. Everett<br>515 E. Border Street<br>Arlington, Texas 76010 |

## NOTICE OF COURT HEARING

If an opposed response is timely filed and remains unresolved, this matter will be called at the docket call on December 3, 2026, at 8:30 a.m. in Room 204 at Eldon B. Mahon U.S. Courthouse 501 W. 10th St., Fort Worth, TX 76102 with a hearing following the docket call. The hearing will be before the Honorable Judge Edward L. Morris via WebEx Video Participation at the following link: https://us-courts.webex.com/meet/morris Meeting Number: 2309-445-3213 or for WebEx Telephonic Only Participation/Attendance: Dial-In: 1.650.479.3207 Meeting ID: 2309 445 3213. Only the Debtor and any opposing party are required to attend the hearing.

YOU DO NOT HAVE TO ATTEND THE COURT HEARING UNLESS YOU OBJECT TO THE MODIFICATION.

Date: November 3, 2026

By: /s/ Clayton L. Everett
Clayton L. Everett
State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St.
Arlington, Texas 76010
Telephone: (817) 704-3984
Fax: (817) 524-6686
Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2026, a true and correct copy of the foregoing Notice of Hearing was served electronically through the Court's CM/ECF noticing system on all registered parties entitled to electronic notice, and via United States First Class Mail, postage prepaid, upon all parties on the Court's Master Mailing Matrix filed in this case.

/s/ Clayton L. Everett
Clayton L. Everett

Label Matrix for local noticing
0539-4
Case 25-41716-elm13
Northern District of Texas
Ft. Worth
Mon Nov 2 09:48:28 CST 2026

Financial Pacific Leasing Inc
100 Throckmorton Street
Suite 700
Fort Worth, TX 76102-2837

PRA Receivables Management LLC
PO Box 41067
Norfolk, VA 23541-1067

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

501 W. Tenth Street
Fort Worth, TX 76102-3637

Attorney General
Main Justice Bldg, Room 5111
10th & Constitution Ave., N.W.
Washington, DC 20530-0001

Bank Of America
PO Box 982238
El Paso, TX 79998-2238

Bank Of America Consumer Credit Cards
PO Box 672050
Dallas, TX 75267-2050

Bank of America, N.A.
PO Box 673033
Dallas, TX 75267-3033

Brackett & Ellis
100 Main St.
Fort Worth, TX 76102-3008

Capital One Bank - Consumer Credit Cards
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One, N.A., successor by merger to Di
PO Box 3025
New Albany, OH 43054-3025

Chase Bank - Business Card
Po Box 15145
Wilmington, DE 19850-5145

Cheri L Ngendakumana
5101 Bristlecone Ct
Arlington, TX 76018-1450

Citicard Cbna
5800 South Corporate Place
Mail Code 234
Sioux Falls, SD 57108-5027

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

Financial Pacific Leasing, Inc.
3455 S 344th Way, #300
Auburn, WA 98001-9546

Financial Pacific Leasing, Inc.
c/o: Owen C. Babcock; Attorney
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102-2837

I D I
5101 Bristlecone Ct.
Arlington, TX 76018-1450

IRS
Special Procedures-Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
Robertson, Anschutz, Schneid,
Crane & Partners, PLLC
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LGBS
100 Throckmorton St # 300
Fort Worth, TX 76102-2833

LGBS
100 Throckmorton St #300
Fort Worth, TX 76102-2833

LGBS-Dallas
2777 N Stemmons Fwy Suite 1000
Dallas, TX 75207-2328

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lakeview Loan Servicing, LLC
c/o M&T Bank
PO Box 840
Buffalo, NY 14240-0840

Lending Club
595 Market St #200,
San Francisco, CA 94105-5839

Lending Club
P.O. Box 884268
Los Angeles, CA 90088-4268

LendingClub Bank, NA
P.O. BOX 884268
Los Angeles, CA 90088-4268

(p)M&T BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

Perdue Brandon Fielder Collins and Mott LLP
500 E. Border #640
Arlington, TX 76010-7457

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SBA - Small Business Administration
409 3rd St SW
Washington, DC 20416-0002

Shell Energy Solutions
PO Box 733543
Dallas, TX 75373-3543

Solar City Corporation
3055 Clearview Way
San Mateo, CA 94402-3709

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Tax Division-US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Tax Division-US Dept. of Justice
717 N. Harwood, Ste. 400
Dallas, TX 75201-6506

Tesla
Energy Billing Department
PO Box 3500
Draper, UT 84020-3500

Texas Alcoholic Beverage Commission-Taxing A
5806 Mesa Dr.
Austin, TX 78731-3765

Texas Attorney General
BK-Collections Division
PO Box 12548
Austin, TX 78711-2548

Texas Workforce Comm.
TEC Building-Bankruptcy
101 E. 15th Street
Austin, TX 78778-0001

(p)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

U.S. Trustee
1100 Commerce St., Rm 976
Dallas, TX 75242-0996

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

Wendy Burgess Tarrant County Tax Assesso
100 E Weatherford
Fort Worth, TX 76196-0206

Wendy Burgess Tarrant County Tax Assessor
100 E Weatherford
Fort Worth, TX 76196-0206

Clayton Everett
515 E. Border St.
Ste 163
76010
Arlington, TX 76010-7402

Idi Ngendakumana
5101 Bristlecone Ct
Arlington, TX 76018-1450

Pam Bassel (Hurst)
Office of The Standing Ch.13 Trustee
860 Airport Freeway
Suite 150
Hurst, TX 76054-3256

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010-7402

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Financial
P.O. Box 30943
Salt Lake City, UT 84130

(d)Discover Financial
PO Box 30943
Salt Lake City, UT 84130

M&T Bank
One M And T Plaza
Buffalo, NY 14203

Nebraska Furniture Mart Inc
700 S 72nd Street
Omaha, NE 68114

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

State Comptroller
Revenue Accounting Division
PO Box 13528
Austin, TX 78711

U.S. Department of Housing and Urban Develop
307 W. 7th S t., Suite 1000
Fort Worth, TX 76102

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lakeview Loan Servicing, LLC

(d)Bank Of America-Consumer Credit Cards
PO Box 672050
Dallas, TX 75267-2050

(d)Capital One Bank-Consumer Credit Cards
PO Box 30285
Salt Lake City, UT 84130-0285

(d)Chase Bank-Business Card
PO Box 15145
Wilmington, DE 19850-5145

(d)Citicard Cbna
5800 South Corporate Place Mail Code 234
Sioux Falls, SD 57108-5027

(d)Discover Personal Loans
Po Box 30954
Salt Lake City,, UT 84130-0954

(d)I D I
5101 Bristlecone ct
Arlington, TX 76018-1450

(d)Sba - Small Business Administration
409 3rd St SW
Washington, DC 20416-0002

(d)Tarrant County
Linebarger Goggan Blair & Sampson, LLP
C/O Camille Stecker
3500 Maple Avenue
Suite 800
Dallas, TX 75219-3959

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 52 |
| Bypassed recipients | 9 |
| Total | 61 |