# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

IN RE:

IDI NGENDAKUMANA

CASE NO: 25-41716-elm

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

ECF Docket Reference No. 77

---

On 11/3/2026, I did cause a copy of the following documents, described below,

Notice of Hearing on Plan Modification ECF Docket Reference No. 77

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/3/2026

/s/ Clayton L. Everett
Clayton L. Everett 24065212
Attorney for Debtor
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

IDI NGENDAKUMANA

CASE NO: 25-41716-elm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 77

On 11/3/2026, a copy of the following documents, described below,

Notice of Hearing on Plan Modification ECF Docket Reference No. 77

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/3/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-41716-ELM
NORTHERN DISTRICT OF TEXAS
TUE NOV 3 12-11-32 PST 2026

FINANCIAL PACIFIC LEASING INC
100 THROCKMORTON STREET
SUITE 700
FORT WORTH TX 76102-2837

~~EXCLUDE~~

~~(U)LAKEVIEW LOAN SERVICING LLC~~

PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41067
NORFOLK VA 23541-1067

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959

~~EXCLUDE~~

~~501 W TENTH STREET~~
~~FORT WORTH TX 76102-3637~~

ATTORNEY GENERAL
MAIN JUSTICE BLDG ROOM 5111
10TH CONSTITUTION AVE NW
WASHINGTON DC 20530-0001

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA CONSUMER CREDIT CARDS
PO BOX 672050
DALLAS TX 75267-2050

~~EXCLUDE~~

~~(D)BANK OF AMERICACONSUMER CREDIT CARDS~~
~~PO BOX 672050~~
~~DALLAS TX 75267-2050~~

BANK OF AMERICA NA
PO BOX 673033
DALLAS TX 75267-3033

BRACKETT ELLIS
100 MAIN ST
FORT WORTH TX 76102-3008

CAPITAL ONE BANK CONSUMER CREDIT CARDS
PO BOX 30285
SALT LAKE CITY UT 84130-0285

~~EXCLUDE~~

~~(D)CAPITAL ONE BANKCONSUMER CREDIT CARDS~~
~~PO BOX 30285~~
~~SALT LAKE CITY UT 84130-0285~~

CAPITAL ONE NA SUCCESSOR BY MERGER TO DI
PO BOX 3025
NEW ALBANY OH 43054-3025

CHASE BANK BUSINESS CARD
PO BOX 15145
WILMINGTON DE 19850-5145

~~EXCLUDE~~

~~(D)CHASE BANKBUSINESS CARD~~
~~PO BOX 15145~~
~~WILMINGTON DE 19850-5145~~

CHERI L NGENDAKUMANA
5101 BRISTLECONE CT
ARLINGTON TX 76018-1450

CITICARD CBNA
5800 SOUTH CORPORATE PLACE
MAIL CODE 234
SIOUX FALLS SD 57108-5027

~~EXCLUDE~~

~~(D)CITICARD CBNA~~
~~5800 SOUTH CORPORATE PLACE MAIL CODE 234~~
~~SIOUX FALLS SD 57108-5027~~

(P)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

~~EXCLUDE~~

~~(D)(P)DISCOVER FINANCIAL SERVICES LLC~~
~~PO BOX 3025~~
~~NEW ALBANY OH 43054-3025~~

DISCOVER PERSONAL LOANS
PO BOX 30954
SALT LAKE CITY UT 84130-0954

~~EXCLUDE~~

~~(D)DISCOVER PERSONAL LOANS~~
~~PO BOX 30954~~
~~SALT LAKE CITY UT 84130-0954~~

FINANCIAL PACIFIC LEASING INC
3455 S 344TH WAY 300
AUBURN WA 98001-9546

FINANCIAL PACIFIC LEASING INC
CO OWEN C BABCOCK ATTORNEY
100 THROCKMORTON STREET SUITE 700
FORT WORTH TEXAS 76102-2837

I D I
5101 BRISTLECONE CT
ARLINGTON TX 76018-1450

EXCLUDE

(D)I D I
5101 BRISTLECONE CT
ARLINGTON TX 76018-1450

IRS
SPECIAL PROCEDURESINSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK NA
SBMT CHASE BANK USA NA
ROBERTSON ANSCHUTZ SCHNEID
CRANE PARTNERS PLLC
6409 CONGRESS AVENUE SUITE 100
BOCA RATON FL 33487-2853

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

LGBS
100 THROCKMORTON ST 300
FORT WORTH TX 76102-2833

LGBSDALLAS
2777 N STEMMONS FWY SUITE 1000
DALLAS TX 75207-2328

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

LAKEVIEW LOAN SERVICING LLC
CO MT BANK
PO BOX 840
BUFFALO NY 14240-0840

LENDING CLUB
595 MARKET ST 200
SAN FRANCISCO CA 94105-5839

LENDING CLUB
PO BOX 884268
LOS ANGELES CA 90088-4268

LENDINGCLUB BANK NA
PO BOX 884268
LOS ANGELES CA 90088-4268

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(P)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

PERDUE BRANDON FIELDER COLLINS AND MOTT LLP
500 E BORDER 640
ARLINGTON TX 76010-7457

(P)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

SBA SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416-0002

EXCLUDE

(D)SBA SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416-0002

SHELL ENERGY SOLUTIONS
PO BOX 733543
DALLAS TX 75373-3543

SOLAR CITY CORPORATION
3055 CLEARVIEW WAY
SAN MATEO CA 94402-3709

(P)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

EXCLUDE

(D)TARRANT COUNTY
LINEBARGER GOGGAN BLAIR SAMPSON LLP
CO CAMILLE STECKER
3500 MAPLE AVENUE
SUITE 800
DALLAS TX 75219-3959

TAX DIVISIONUS DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20530-0001

TAX DIVISIONUS DEPT OF JUSTICE
717 N HARWOOD STE 400
DALLAS TX 75201-6506

TESLA
ENERGY BILLING DEPARTMENT
PO BOX 3500
DRAPER UT 84020-3500

TEXAS ALCOHOLIC BEVERAGE COMMISSIONTAXING A
5806 MESA DR
AUSTIN TX 78731-3765

TEXAS ATTORNEY GENERAL
BKCOLLECTIONS DIVISION
PO BOX 12548
AUSTIN TX 78711-2548

TEXAS WORKFORCE COMM
TEC BUILDINGBANKRUPTCY
101 E 15TH STREET
AUSTIN TX 78778-0001

(P)HUD OGC REGION VI
307 W SEVENTH ST SUITE 1000
FT WORTH TX 76102-5108

US TRUSTEE
1100 COMMERCE ST RM 976
DALLAS TX 75242-0996

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

WENDY BURGESS TARRANT COUNTY TAX ASSESSO
100 E WEATHERFORD
FORT WORTH TX 76196-0206

WENDY BURGESS TARRANT COUNTY TAX ASSESSOR
100 E WEATHERFORD
FORT WORTH TX 76196-0206

CLAYTON EVERETT
515 E BORDER ST
STE 163
76010
ARLINGTON TX 76010-7402

DEBTOR

IDI NGENDAKUMANA
5101 BRISTLECONE CT
ARLINGTON TX 76018-1450

PAM BASSEL (HURST)
OFFICE OF THE STANDING CH13 TRUSTEE
860 AIRPORT FREEWAY
SUITE 150
HURST TX 76054-3256

WARREN V NORRED
NORRED LAW PLLC
515 E BORDER STREET
ARLINGTON TX 76010-7402