**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.:25-41716-ELM-13**

**IDI NGENDAKUMANA**

5101 BRISTLECONE CT
ARLINGTON, TX 76018
SSN/TIN: XXX-XX-5027

**DEBTOR**

## TRUSTEE'S OBJECTION TO NOTICE OF ADDITIONAL FEES AND RULE 2016 DISCLOSURES

TO THE HONORABLE U.S. BANKRUPTCY JUDGE:

NOW COMES Pam Bassel Standing Chapter 13 Trustee and files this Trustee's Objection to Notice of Additional Fees and Rule 2016 Disclosures. Trustee would respectfully show the Court:

1. The Trustee objects to Debtor's Notice of Additional Fees and Rule 2016 Disclosures.
2. The Certificate of Service does not indicate that the Notice was served on the Debtor as required by the General Order.
3. The Certificate of Service does not evidence the addresses of the parties served as required by L.B. R. 2002-1(g).

WHEREFORE, Trustee prays that the Notice be DENIED and for general relief.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

IDI NGENDAKUMANA
5101 BRISTLECONE CT
ARLINGTON, TX 76018