**PAM BASSEL STANDING CHAPTER 13 TRUSTEE**
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:** **CASE NO.: 25-41716-ELM-13**

**IDI NGENDAKUMANA**
5101 BRISTLECONE CT
ARLINGTON, TX 76018
SSN/TIN: XXX-XX-5027

**DEBTOR** **HEARING: DECEMBER 3, 2026 at 8:30 AM**

**NOTICE OF CONTINUED HEARING ON NOTICE OF INTENT TO DISMISS**

A previously scheduled hearing for this matter has been continued.

Respectfully submitted,

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright, Staff Attorney
Bar No. 24068273
PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No. 01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
(817) 916-4710 Phone

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By: /s/ Ethan S. Cartwright
Ethan S. Cartwright

IDI NGENDAKUMANA
5101 BRISTLECONE CT
ARLINGTON, TX 76018