Clayton L. Everett, State Bar No. 24065212
NORRED LAW, PLLC | 515 E. Border Street | Arlington, Texas 76010
Telephone: (817) 704-3984 | clayton@norredlaw.com
Attorney for Debtor

United States Bankruptcy Court
Northern District of Texas
Fort Worth Division

| | |
|---|---|
| In re:<br>Idi Ngendakumana,<br><br>Debtor. | Case No. 25-41716-elm13<br><br>Chapter 13 |

**AMENDED NOTICE OF ADDITIONAL FEES AND RULE 2016 DISCLOSURES**

**NO HEARING WILL BE CONDUCTED ON THIS NOTICE UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AT 501 W. 10TH ST. FORT WORTH, TEXAS 76102 BEFORE THE CLOSE OF BUSINESS ON NOVEMBER 19, 2026, WHICH IS AT LEAST FOURTEEN (14) DAYS FROM THE DATE OF SERVICE HEREOF.**

**ANY RESPONSE SHALL BE IN WRITING AND FILED WITH THE CLERK, AND A COPY SHALL BE SERVED UPON COUNSEL FOR THE ATTORNEY OR LAW FIRM SUBMITTING THIS NOTICE, THE DEBTOR, AND THE CHAPTER 13 TRUSTEE PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY AND THE CHAPTER 13 TRUSTEE.**

**IF NO HEARING ON THIS NOTICE IS TIMELY REQUESTED, THE FEES AND COSTS REQUESTED HEREIN SHALL BE DEEMED ALLOWED AND MAY BE DISBURSED BY THE CHAPTER 13 TRUSTEE OR PAID DIRECTLY TO THE ATTORNEY OR LAW FIRM FILING THIS NOTICE AS SET OUT HEREIN.**

Pursuant to Paragraph 21 of the Standing Order Concerning all Chapter 13 Cases for the Northern District of Texas ("Standing Order"), the undersigned gives notice of the following requested Additional Fees and related costs, if applicable.

1. The source of the compensation is: **X** Debtor(s) or ☐ OTHER (specify source): ______________________________________________________________.

2. [PICK ONE]: **X- I have not agreed to share the Additional Fees set out herein with any other person unless they are a member or shareholder of or an associate employed by my law firm.**

☐ I have agreed to share the Additional Fees with another person or persons who are not a member or shareholder of or an associate employed by my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation and the amount each is to receive, is attached.

3. The total amount of any fees and costs that I or my law firm have become entitled to receive, prior to this Notice of Additional Fees, but not including the Additional Fees and costs requested herein: $____**4,250.00______________________.** (Include all fees even if not yet paid and include the Standard Fee or Business Standard Fee.)

4. The Additional Fees and costs requested herein [PICK ONE]:

☐ have already been paid to me ☐ will be paid to me directly

**X- will be paid by the Chapter 13 Trustee.**

5. Debtor(s) has/have agreed to the Additional Fees and costs requested herein.

6. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $200.00 for (indicate requested fees):

☐ Post-confirmation motion to reinstate case

☐ Motion to Extend/Impose the Automatic Stay ☐ Fee included in Plan Base Amount pre-confirmation

7. In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $450.00 for (indicate requested fees):

☐ Case in which Debtor will receive 3002.1 notices ☐ Fee included in Plan Base Amount pre-confirmation

☐ Representation on a post-confirmation Plan Modification filed by the Trustee or an unsecured creditor.

☐ Motion to Sell Real Property ☐ Motion to Incur Debt

☐ Motion for Relief from the Automatic Stay ☐ Motion to modify/refinance mortgage

 Motion to Approve Compromise and Settlement Agreement

8. **In accordance with the provisions of the Standing Order, I request Additional Fees in the amount of $650.00 for (indicate requested fees):**

**X- Post-confirmation Plan Modification filed by the Debtor.**

9. In addition to the fees requested herein and in accordance with the applicable provisions of the Standing Order, I request reimbursement for costs in the amount of $______________ for (describe the costs) ___________________________________________.

Wherefore, premises considered, I or my firm pray/prays for the allowance of the fees and costs set out herein to be paid as set out herein and for such other and further relief, both general and specific, to which I or my firm may show myself/itself justly entitled.

Respectfully submitted,

By: /s/ Clayton L. Everett
Clayton L. Everett, State Bar No. 24065212
clayton@norredlaw.com
Norred Law, PLLC
515 E. Border St., Arlington, Texas 76010
O: (817) 704-3984; F: (817) 524-6686
Counsel for Debtor

# CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, a true and correct copy of the foregoing *Amended Notice of Additional Fees and Rule 2016 Disclosures* was served via the Court's CM/ECF system on all parties eligible to receive electronic notice, and upon the Debtor and parties listed below by the following:

**Via First-Class U.S. Mail, postage prepaid:**

Idi Ngendakumana, Debtor
5101 Bristlecone Ct., Arlington, TX 76018

PRA Receivables Management LLC
PO Box 41067, Norfolk, VA 23541

**Via CM/ECF Electronic Transmission:**

Jessica Nicole Alt on behalf of Creditor Financial Pacific Leasing Inc.
jalt@padfieldstout.com

Christopher V. Arisco on behalf of Creditor Financial Pacific Leasing Inc.
carisco@padfieldstout.com

Owen Colin Babcock on behalf of Creditor Financial Pacific Leasing Inc.
obabcock@padfieldstout.com

Pam Bassel (Hurst), Standing Chapter 13 Trustee
fwch13cmecf@fwch13.com

Nathan Frederick Jones Smith on behalf of Creditor Lakeview Loan Servicing, LLC
nathan@mclaw.org, TXND_ECF@mclaw.org;mcecfnotices@ecf.courtdrive.com

Camille Stecker on behalf of Creditor Tarrant County
Camille.Stecker@lgbs.com,Dalia.Balderas@lgbs.com;Yvonne.Perez@lgbs.com;
camille.stecker@ecf.courtdrive.com;Mirian.Zavala@lgbs.com

United States Trustee
ustpregion06.da.ecf@usdoj.gov

Dated: November 5, 2026

/s/ Clayton L. Everett
Clayton L. Everett